IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV8-03-MU

| MANOLA ORTEGA GOMEZ, | ) |
|---|---|
| Petitioner, | ) |
| v. | ) **O R D E R** |
| ALVIN W. KELLER, | ) |
| Respondent. | ) |

**THIS MATTER** comes before the Court upon Petitioner's "Respond to Respondent's Motion for Summary Judgment" filed March 11, 2010 (Doc. No. 8.) After careful review of Petitioner's Opposition, the undersigned finds that the Attorney General should file a Reply brief paying particular attention to Petitioner's contention that he filed a second MAR on January 10, 2010 and what effect, if any, the second MAR has on Petitioner's claims and Respondent's Motion for Summary Judgment.

**THEREFORE, IT IS HEREBY ORDERED** that no later than twenty (20) days from the filing of this Order, the Attorney General shall file a Reply brief to Petitioner's Opposition.

**SO ORDERED**.

Signed: March 16, 2010

Graham C. Mullen
United States District Judge